United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 23, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-11315
Conference Calendar

_____

MARVIN ROBERTS,

Plaintiff-Appellant,

versus

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Dallas District
Office,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CV-344-G
--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Marvin Roberts appeals from the dismissal without prejudice
of his civil action for failure to effectuate service within 120
days of filing his complaint. Roberts moves to supplement the
record; his motion to supplement is DENIED. Roberts also moves
for leave to appear for oral argument; that motion too is DENIED.

The record does not indicate that Roberts complied with the
requirements of FED. R. CIV. P. 4 for the service of summons and
proof of service, despite having been put on notice that his

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

attempts to comply were deficient and having been given two opportunities to comply.  The dismissal of Roberts's complaint without prejudice was not an abuse of discretion.  See Lindsey v. United States R.R. Retirement Bd., 101 F.3d 444, 445 (5th Cir. 1996).

AFFIRMED.